UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARTHUR LUBIN,
        Plaintiff,

    v.                                  CIVIL ACTION NO. 12-12214-GAO

BANK OF AMERICA, ET AL.,
        Defendants.

<u>MEMORANDUM AND ORDER</u>

O'TOOLE,  D.J.

      By Memorandum and Order dated December 14, 2012, plaintiff Arthur Lubin was ordered to show cause why this action should not be dismissed, or in the alternative, to file an Amended Complaint curing the pleading deficiencies of his original complaint.  The December 14, 2012 Memorandum and Order noted that plaintiff, who resides in New York, complained that he did not receive notice of foreclosure of property located in New Hampshire.  Plaintiff also complained that the foreclosed property included three apartments and that plaintiff lost tools and appliances during the foreclosure.

      The December 14th Order advised plaintiff that the Court is unable to determine a jurisdictional basis for this action and that it does not appear that the Court has subject matter jurisdiction over this action.  If Lubin wished to pursue this action, he was directed to file, by January 18, 2013,  an amended complaint that conforms to the pleading requirements of the Federal Rules of Civil Procedure.

      On January 23, 2013, apparently in reply to the December 14th Order, plaintiff filed 53 pages of documents.  <u>See</u> Docket No. 7.   Plaintiff titles the documents "Exhibits to Complaint."

      Plaintiff's document package arrived five days after the Court's deadline for plaintiff to file an amended complaint.  More importantly, it is not in the form of an amended complaint.  I find that plaintiff has failed to comply with the Court's December 14, 2012 Order and failed to

demonstrate good cause why this action should not be dismissed.

<u>ORDER</u>

ACCORDINGLY, in accordance with this Court's order dated December 14, 2012, and the plaintiff not having filed an amended complaint, it is ORDERED that the within action be and it is hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2).

SO ORDERED.

 February 22, 2013                /s/ George A. O'Toole, Jr.
DATE                                 GEORGE A. O'TOOLE, JR.
                                       UNITED STATES DISTRICT JUDGE